**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

```
_____
ALBERT G. TIBBS,                   )
                                   )
                 Plaintiff,        )
V.                                 )      Civil Action No. 1:05cv396
                                   )
HOME DEPOT,                        )
                                   )
                 Defendant.        )
_____)
```

**ORDER**

_____This matter comes before the Court on a final pretrial

conference.  It appearing to the Court that the parties' failed

to attend, it is hereby

ORDERED that the parties' within ten (10) days from the date

of this order, show cause as to why this case should not be

dismissed.

/s/

_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20   , 2006